

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 2-10-140-CV

RAYMOND E. LUMSDEN                                                APPELLANT

V.

AMANDA M. LUMSDEN                                                APPELLEES
AND JOHN DOE

----------

### FROM THE 211TH DISTRICT COURT OF DENTON COUNTY

-----------

# MEMORANDUM OPINION[1]  AND JUDGMENT

-----------

On May 6, 2010, we notified appellant, in accordance with rule of appellate procedure 42.3(c), that we would dismiss this appeal unless the $175 filing fee was paid.  *See* Tex. R. App. P. 42.3(c).  Appellant has not paid the $175 filing fee. *See* Tex. R. App. P. 5, 12.1(b).

---

[1]*See* Tex. R. App. P. 47.4.

Because appellant has failed to comply with a requirement of the rules of appellate procedure and the Texas Supreme Court's order of August 28, 2007,[2] we dismiss the appeal.   *See* Tex. R. App. P. 42.3(c), 43.2(f).


                                        PER CURIAM

PANEL:   MCCOY, DAUPHINOT, and MEIER, JJ.

DELIVERED:   July 15, 2010

---

[2]*See* Supreme Court of Tex., *Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation*, Misc. Docket No. 07-9138 (Aug. 28, 2007) (listing fees in courts of appeals).